```
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Cleveland Vickers
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | No. 3:16-cv-00256-SK |
| Plaintiff, | **STIPULATION TO CONTINUE LAST DATE TO CONDUCT THE JOINT SITE INSPECTION REQUIRED UNDER GENERAL ORDER 56 AND THE SCHEDULING ORDER; [PROPOSED] ORDER** |
| vs. | |
| J. C. PENNEY CORPORATION, INC. dba JCPENNEY HILLTOP MALL, et al., | |
| Defendants. | |

Plaintiff, Cleveland Vickers ("Plaintiff"), and Defendants, J.C. Penney Corporation and J.C. Penney Properties, Inc. ("Defendants, and together with Plaintiff, "the Parties"), the parties to this action, by and through their respective attorneys, hereby stipulate as follows:

1. This action arises out of Plaintiff's complaint that the property owned and operates by Defendant does not comply with the requirements of Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189, and thus is governed by this Court's General Order 56.

2. The Scheduling Order dated January 15, 2016 requires that the Parties conduct a joint site inspection of the subject property by April 29, 2016 (Dkt. 4).

3. The Parties are engaging in settlement discussions and wish to exhaust such efforts prior to the requirement that the joint site inspection take place.

4. In addition, counsel for Defendants unexpectedly had to travel to the East Coast due to a family emergency and has been unable to attend a joint site inspection prior to the deadline.

5. Accordingly, the Parties agree that the last date to conduct the site inspection be continued from April 29, 2016 to May 27, 2016, and that all other dates in the Scheduling Order triggered by the date of the site inspection also be continued accordingly.

**IT IS SO STIPULATED.**

Dated: April 29, 2016                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Tina Huynh

Dated: April 29, 2016                MANNING & KASS
                                     ELLROD, RAMIREZ, TRESTER LLP


                                     */s/ David V. Roth*
                                     David V. Roth
                                     Attorney for Defendants,
                                     J.C. Penney Corporation and J.C. Penney
                                     Properties, Inc.

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date for the Parties to conduct the joint site inspection required under General Order 56 and the Scheduling Order be continued from April 29, 2016 to May 27, 2016. All other dates triggered by the date of the joint site inspection shall be continued accordingly.

**IT IS SO ORDERED.**

Dated: May 2, 2016

_____
United States District Judge