# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CLEVELAND VICKERS,

    Plaintiff,

vs.

J. C. PENNEY CORPORATION, INC. dba JCPENNEY HILLTOP MALL, et al.,

    Defendants.

No. 3:16-cv-00256-SK

ORDER RE INSPECTION

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Site Inspection required by the Scheduling Order take place at 9:00 a.m. on June 28, 2016. All other dates triggered by the date of the joint site inspection shall be continued accordingly.

**IT IS FURTHER ORDERED** that the parties must appear for a hearing for this issue on June 29, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 27, 2016

_____
United States Magistrate Judge