UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS<br><br>        Plaintiff,<br><br>    v.<br><br>J.C. PENNEY CORPORATION, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-00256-SK<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: September 27, 2016<br>Mediator: Mary Leichliter |

IT IS HEREBY ORDERED that the request to excuse defendants J.C. Penney Properties, Inc. and K.C. Penney Corporations, Inc.'s senior litigation counsel, Catherine Kays, from appearing in person at the September 27, 2016, mediation before Mary Leichliter is GRANTED. The representative shall participate actively throughout the entire duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f), and not merely as needed, as the request states. Full and active participation is required from the outset.

**IT IS SO ORDERED**.

Dated: September 16, 2016

_____
Maria-Elena James
United States Magistrate Judge