Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>    Plaintiff,<br><br>vs.<br><br>J. C. PENNEY CORPORATION, INC. dba JCPENNEY HILLTOP MALL, et al.,<br><br>    Defendants. | Case No.  3:16-cv-00256-SK<br><br>**PLAINTIFF CLEVELAND VICKERS' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:  November 2, 2016<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor<br>Magistrate Judge Sallie Kim |

   WHEREAS, a Case Management Conference in this matter is set for November 2, 2016 at 1:30 p.m. before Magistrate Judge Sallie Kim;

   WHEREAS, Plaintiff Cleveland Vickers' ("Plaintiff") counsel, Tanya E. Moore, would like to avoid the expenditure of fees and costs incident to in-person attendance at the Case Management Conference. In particular, counsel for Plaintiff is located in San Jose, California, and would incur fees and costs to travel to the Court to attend in-person. Plaintiff's counsel is able and willing to appear telephonically;

   WHEREAS, Plaintiff's counsel will make arrangements to appear by CourtCall for the Case Management Conference;

1  NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to
2  appear telephonically by CourtCall at the Case Management Conference.

4  Respectfully submitted,

6  Dated: October 12, 2016                    MOORE LAW FIRM, P.C.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff
                                              Cleveland Vickers

## **ORDER**

Request having been made by Plaintiff to appear telephonically at the Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Tanya E. Moore, shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall make arrangements to appear telephonically by CourtCall.

Dated: _____                            _____
                                              United States Magistrate Judge