Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Cleveland Vickers

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CLEVELAND VICKERS,

Plaintiff,

vs.

J. C. PENNEY CORPORATION, INC. dba JCPENNEY HILLTOP MALL, et al.,

Defendants.

Case No. 3:16-cv-00256-SK

**ORDER DENYING PLAINTIFF CLEVELAND VICKERS' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

Date: November 2, 2016
Time: 1:30 p.m.
Courtroom: A, 15th Floor
Magistrate Judge Sallie Kim

Having reviewed the Request made by Plaintiff to appear telephonically at the Case Management Conference and the Court finds insufficient cause to grant the request. Therefore, the request is hereby DENIED.

Dated: October 13, 2016

United States Magistrate Judge